FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2022

No. 04-22-00005-CV

John **DOE**,
Appellant

v.

**ROMAN CATHOLIC ARCHDIOCESE OF SAN ANTONIO**, By and Through the Apostolic
Administrator and Archbishop Gustavo Garcia-Siller and Archbishop Emeritus Patrick Flores,
Their Predecessors and Successors, as Archbishop of the Roman Catholic Archdiocese of San
Antonio, Father Jesus Armando Dominguez, and Father Virgilio Elizondo,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI08589
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Sitting:  Rebeca C. Martinez, Chief Justice
     Patricia O. Alvarez, Justice
     Beth Watkins, Justice

On September 29, 2022, Appellant John Doe filed an unopposed motion to inspect and obtain a copy of the sealed portions of the clerk's record and of the reporter's record. The motion is **GRANTED**. The clerk of the court is instructed to provide a copy of the sealed portions of the clerk's record and of the reporter's record to appellant on CD-ROM. All parties and their attorneys are **ORDERED** not to share the contents of the sealed record with any person except to the extent necessary to prepare their respective briefs. The parties must comply with the rules for filing briefs under seal if applicable. *See* TEX. R. APP. P. 9.2(c)(3).

Appellant also has filed a second unopposed motion to file a reply brief. Appellant's motion is **GRANTED**. Appellant's reply brief is due on or before November 18, 2022. Further requests for extension of time will be disfavored.

FILE COPY

It is so **ORDERED** on October 11, 2022.

**PER CURIAM**

ATTESTED TO:
MICHAEL A. CRUZ,
CLERK OF COURT